# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   
    Sheila Tolbert

    Debtor(s)

Case No. 10 B 46922

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2010.

2) The plan was confirmed on 03/08/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 01/08/2013.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,725.88 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,725.88

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $583.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,583.69

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Good Samaritan Hospital | Unsecured | 883.49 | NA | NA | 0.00 | 0.00 |
| Advocate Good Samaritan Hospital | Unsecured | 883.49 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Associated Cardiovascular | Unsecured | 263.90 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 60.00 | 695.63 | 695.63 | 0.00 | 0.00 |
| Bottom Line Books | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Cardiac Consulting Group | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Service | Unsecured | 48.77 | NA | NA | 0.00 | 0.00 |
| Dalmares & Associates | Unsecured | 4,970.00 | NA | NA | 0.00 | 0.00 |
| Damer & Cartwright | Unsecured | 104.88 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 2,464.15 | 2,854.94 | 2,854.94 | 0.00 | 0.00 |
| Delnor Community Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Delta Dental | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 6,107.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Downers Grove Township | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Edward Hospital | Unsecured | 825.65 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| Family Child & Adult Psych | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Fertility Centers Of Illinois | Unsecured | 200.30 | NA | NA | 0.00 | 0.00 |
| Fidelity Information Corporation | Unsecured | 493.00 | 519.10 | 519.10 | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 8,712.00 | NA | NA | 0.00 | 0.00 |
| Hart Lab | Unsecured | 46.02 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Harvard Collection Services In | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 25,264.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 1,833.91 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Physicians LLC | Unsecured | 124.80 | NA | NA | 0.00 | 0.00 |
| Lake View Condominium Assoc | Secured | 2,052.80 | 2,052.80 | 2,052.80 | 1,526.50 | 0.00 |
| Lincoln Park Dental Specialists | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Meier Clinic | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 4,144.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 362.00 | 78.82 | 78.82 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 2,848.00 | NA | NA | 0.00 | 0.00 |
| Oak Park Hospital | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 481.74 | NA | NA | 0.00 | 0.00 |
| Perspectives, LTD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 439.00 | 451.05 | 451.05 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 288.00 | 378.44 | 378.44 | 0.00 | 0.00 |
| Premier Credit | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Professional Collectors | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Radiology & Nuclear | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Radiology Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 780.00 | 1,180.00 | 1,180.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 471.37 | 471.37 | 471.37 | 0.00 | 0.00 |
| Revenue Production Mgmt | Unsecured | 765.65 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 13.93 | NA | NA | 0.00 | 0.00 |
| RPM Inc | Unsecured | 110.75 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 9,268.00 | 7,744.08 | 7,744.08 | 0.00 | 0.00 |
| SCR Laboratory Physicians SC | Unsecured | 44.75 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physican | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| Spiegel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St Paul Hospital | Unsecured | 290.20 | NA | NA | 0.00 | 0.00 |
| Trace Ambulance | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| Tri City | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 64,153.00 | 65,021.53 | 65,021.53 | 0.00 | 0.00 |
| UroPartners | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Von Maur | Unsecured | 218.00 | 217.73 | 217.73 | 0.00 | 0.00 |
| Web Bank | Unsecured | 2,364.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 215,629.05 | 8,641.59 | 8,642.29 | 1,029.66 | 0.00 |
| Wells Fargo Bank NA | Secured | 215,629.05 | 198,343.77 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Secured | 11,533.09 | 11,533.09 | 11,533.09 | 6,996.82 | 589.21 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,642.29 | $1,029.66 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,585.89 | $8,523.32 | $589.21 |
| **TOTAL SECURED:** | **$22,228.18** | **$9,552.98** | **$589.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$79,612.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,583.69 |
| Disbursements to Creditors | $10,142.19 |
| **TOTAL DISBURSEMENTS :** | **$12,725.88** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/24/2013                    By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**